UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ANDREW BUFFKINS,	Case No. 25-CV-2055 (PJS/DJF)

          Plaintiff,

                                        ORDER

v.

B. EISCHEN, FPC DULUTH, AND FBOP,

          Defendants.

The Court has received the May 19, 2024, Report and Recommendation ("R&R") of United States Magistrate Judge Dulce J. Foster.  ECF No. 4.  No party has objected to the Report and Recommendation, and the Court therefore reviews it for clear error.  *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).  Finding no clear error, the Court adopts the R&R.

ORDER

Based on the foregoing, and on all the files, records, and proceedings herein, the Court ADOPTS the R&R [ECF No. 4].  IT IS HEREBY ORDERED THAT:

1. The Petition for a Writ of Habeas Corpus of Andrew Buffkins [ECF No. 1] is DENIED; and

2. This action is DISMISSED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

2

Dated: June 18, 2025                             /s/ Patrick J. Schiltz
                                                                                     Patrick J. Schiltz, Chief Judge
                                                                                     United States District Court